# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA

Plaintiff Jody Byrd
Full name and prison number of plaintiff(s) #236552

v.

PHS Medical Dentist
Alabama Dept. of Correction, et al. Richard Allen
Commissioner, Defendants

Name of person(s) who violated your constitutional rights.
(List the names of all the persons)

Jurisdiction I.-
42 U.S.C. 1983

CIVIL ACTION NO. 2:06-CV-1109-WKW
(To be supplied by the Clerk of the U.S. District Court)

RECEIVED
2006 DEC 15 A 9:44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jurisdiction II.
FRCP. 8(a)(2) of KKK Act of 1871
(1)(2)(3)(4)(5) 18 U.S.C 242
Ala. Code 1975, 12-11-30,
FRCP Rule 56(e)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (X)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (X)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:
   Plaintiff(s) Plaintiff If Amended Jody Byrd
   vs.
   Defendant(s) PHS, And Bullock Male Dentist 2006

2. Court (if federal court, name the district; if state court, name the county)
   Middle District U.S. Court

3. Docket No. CV-

4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? Pending 2006-7

6. Approximate date of filing lawsuit Dec. 12, 2006

7. Approximate date of disposition FRCP Rule 56(e)

II. PLACE OF PRESENT CONFINEMENT Bullock Prison P.O. Box 5107, Union Springs, AL, 36089

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Dentist office Bullock Prison 12-1-06

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. The PHS, Male Dentist, who Preformed
2. An Alledged Complicated Tooth ½ Exenction
3. 
4. 
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 12-1-06

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Medical Malpractice Occurrance 12-1-06

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

I went to the Prison Dentist to get a Tooth pulled, But Doctor Tore my Gums up, and Broke a Tooth to cause

-2-

½ Medical Extraction, to cause deliberate Indifference, and Madical Malpractice, By (PHS) Male Dentist 12-01-06

GROUND TWO: Defendant Violated 429 U.S. At 106

SUPPORTING FACTS: Applying; Deliberate Indifference i.e. to medical needs, when dentist Acted with Obduracy to cause

GROUND THREE: Emotional Distress, and Long Range

SUPPORTING FACTS: Suffering By failing to Complete A tooth Extraction, By Breaking the tooth, to cause ½ Extraction, And Lingering Pain

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Pursuant to Farmers V. Brennan, the Doctor Cause Medical Malpractice to occur for Irreparable Damage

429 U.S At 106

/s/ Jody A Byrd #236552
Signature of plaintiff(s)

( I declare under penalty of perjury that the foregoing is true and correct. 1. )

EXECUTED on Dec. 12, 2006
(date)

/s/ Jody A Byrd #236552
Signature of plaintiff(s)

1.

1) The Plaintiff Seek Count ONE: 75,000.00 Dollars, for Beening Subjected to Cruel and Unusual medical Malpractice By A Resent Hired, Dentist Doctor, Been Not Qualified to Preform A Complicated Surgary (Count Two:) The Plaintiff Seek $500,000.00, For medical malpractice By Prison Doctor