| State of Alabama Unified Judicial System | **AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER** | Case Number |
|---|---|---|
| Form C-10  Page 1 of 2   Rev. 2/95 | | 2:06-CV-1109-WKW |

IN THE _Montgomery United States_ COURT OF _Middle District_ ALABAMA
(Circuit, District, or Municipal)         (Name of County or Municipality)

STYLE OF CASE: _Jody Byrd_ Plaintiff(s)   _PHS, Male Dentist_ Defendant(s) Approx 12-1-06

TYPE OF PROCEEDING: _Medical Mal-Practices_   CHARGE(s) (if applicable): _42 USC 1983_

[X] CIVIL CASE -- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

[ ] CIVIL CASE -- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the Court appoint one for me.

[ ] CRIMINAL CASE -- I am financially unable to hire an attorney and request that the Court appoint one for me.

[ ] DELINQUENCY/NEED OF SUPERVISION - I am financially unable to hire an attorney and request that the Court appoint one for my child/me.

**SECTION I.**              **AFFIDAVIT**

1. **IDENTIFICATION**
   Full Name _Jody Byrd, Plaintiff_   Date of Birth _7-29-72_
   Spouse's Full Name (if married) _____
   Complete Home Address _Bullock Prison P.O. Box 5107, Union Springs AL 36089_
   Number of People Living in Household _N/A_
   Home Telephone No. _N/A_
   Occupation/Job _N/A_   Length of Employment ____
   Driver's License Number _N/A_   * Social Security Number ____
   Employer _N/A_   Employer's Telephone No. ____
   Employer's Address _Bullock Corr. Facility P.O. Box 5107, Union Springs, AL 36089_

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (if so, please check those which apply.)
   [ ] AFDC   [ ] Food Stamps   [ ] SSI   [ ] Medicaid   [ ] Other _Disable Benefits_

3. **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income:
   Monthly Gross Income   $ _None_
   Spouse's Monthly Gross Income (unless a marital offense)   "
   Other Earnings: Commissions, Bonuses, Interest Income, etc.   "
   Contributions from Other People Living in Household   "
   Unemployment/Workmen's Compensation,   _N/A_
   Social Security, Retirement, etc.
   Other Income (be specific) ____
   **TOTAL MONTHLY GROSS INCOME**   $ _None_

Monthly Expenses:
A. Living Expenses _(Prison)_   $ _None_
   Rent/Mortgage
   Total Utilities: Gas, Electricity, Water, etc.
   Food
   Clothing
   Health Care/Medical
   Insurance
   Car Payment(s)/Transportation Expenses
   Loan Payment(s)

SCANNED

* OPTIONAL _WW 12/15/04_

| Form C-10 Page 2 of 2    Rev. 2/95 | AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER | Case Number |

Monthly Expenses: (cont'd from page 1)
Credit Card Payment(s) _None_
Educational/Employment Expenses _None_
Other Expenses (be specific) _None_

Sub-Total                                             A $ _None_

B. Child Support Payment(s)/Alimony       $ _None_

Sub-Total                                             B $ _None_

C. Exceptional Expenses                        $ _____

TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)    $ _None_

Total Gross Monthly income less total monthly expenses:
DISPOSABLE MONTHLY INCOME                        $ _None_

4. LIQUID ASSETS:
Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)    $ _None_
Equity in Real Estate (value of property less what you owe)    ___
Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishings, jewelry, tools, guns less what you owe)    ___
Other (be specific) Do you own anything else of value? ☐ Yes ☒ No
(land, house boat, TV, stereo, jewelry)
If so, describe _____

TOTAL LIQUID ASSETS                          $ _None_

5. Affidavit/Request
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the Court or its authorized representative to attain records or information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the Court appoints an attorney to represent me, the Court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this
_____ day of _____ 2006

/s/ Jody H Byrd AIS #236552
Affiant's Signature

P.O. Box 5/07, Union Springs AL 36089
Print or Type Name

Judge/Clerk/Notary

SECTION II.                    **ORDER OF COURT**

IT IS THEREFORE, ORDERED AND ADJUDGED BY THIS COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.
☒ Affiant is partially indigent and able to contribute monetarily toward his defense; therefore, defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the Clerk of Court or as otherwise ordered and disbursed as follows: _____

☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.

IT IS FURTHER ORDERED AND ADJUDGED that the Court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the Court and paid to the appointed counsel, and costs of court.

Done this _____ day of _____, 19 ___.

_____
Judge