1-24-07

Dear, Honorable Moorer

I thank you for the time you have aloud me on the matter of my account balance. I have sent a number of request in to the business office here at Bullock Co. Correctional Facility. They havent sent me anything. I truely believe they are tring to hold out until the last day so that this gets dismissed. I know that I have a good case against them for more than one reason. Not only did they not take x rays before breaking my tooth off (the wronge one at that). But they tried to get me to sign some waivers to cover up their mess up. The dentist made some out rages statements. I talked to Sg. Jackson today, he told me he would help me get the records on Monday 29th 2007. And that would make it late still. I pray you would understand and give me the time to get this to you. I can't make them do anything! Thank You Very Much

Jody A Byrd



Jody A Byrd 236553
F-2/22
P.O Box 5107
Union Springs, Al
36089

MONTGOMERY AL 361
26 JAN 2007 PM 1 L

Terry F. Moorer
c/o  O.O.T.C.
United States District Court
P.O Box 711
Montgomery, AL  36101-0711

36101+0711