```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                BULLOCK CORRECTIONAL FACILITY

AIS #: 236552      NAME: BYRD, JODY              AS OF: 01/29/2007

              # OF         AVG DAILY      MONTHLY
  MONTH       DAYS         BALANCE        DEPOSITS

  JAN          2           $0.44          $0.00
  FEB         28           $0.24          $50.00
  MAR         31           $1.38          $40.00
  APR         30           $17.21         $70.00
  MAY         31           $36.74         $50.00
  JUN         30           $14.18         $95.00
  JUL         31           $10.39         $75.00
  AUG         31           $146.27        $200.00
  SEP         30           $147.01        $0.00
  OCT         31           $62.45         $100.00
  NOV         30           $44.37         $200.00
  DEC         31           $39.13         $150.00
  JAN         29           $20.38         $0.00
```

Stamped: RECEIVED FEB 01 2007, CLERK U.S. DISTRICT COURT, MIDDLE DIST. ALA.

Annotations: $200.00 (AUG), $100.00 (OCT), $200.00 (NOV), $150.00 (DEC) bracketed as "other inmates"; "mine" pointing to adjacent entries.

This is what they finally sent me. The moneys I had sent to me was other inmates that were on restriction. So the could get stae. Thanks for understanding the delay.

Jody A Byrd
236552

2:06-CV-1109-WKW

Jody A Byrd 236552
P.O Box 5107
Union Springs, Al
36089

Chief United States Magistrate Judge
Office of the Clerk
U.S.D.C.
P.O Box 711
Montgomery, Al 36101-0711

36101+0711

MONTGOMERY AL 361
31 JAN 2007 PM 1 T

