IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JODY BYRD, #236 552 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-1109-WKW |
| PHS MEDICAL DENTIST, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

For good cause, it is

ORDERED that the court's January 31, 2007 order (Doc. No. 7) be and is hereby VACATED.

Done, this 2nd day of February 2007.

                                         /s/Terry F. Moorer
                                 TERRY F. MOORER
                                 UNITED STATES MAGISTRATE JUDGE